IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:16-CR-3077 |
| vs. | ORDER |
| ROBERT L. MAYFIELD, | |
| Defendant. | |

IT IS ORDERED that the defendant's motion to proceed on appeal in forma pauperis (filing 98) is granted, and the defendant is permitted to proceed on appeal in forma pauperis.

Dated this 11th day of October, 2017.

BY THE COURT:

John M. Gerrard
United States District Judge