IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:16-CR-3077 |
| vs. | JUDGMENT |
| ROBERT L. MAYFIELD, | |
| Defendant. | |

For the reasons stated in the accompanying Memorandum and Order, the defendant's motions to vacate under 28 U.S.C. § 2255 (filing 133 and filing 136) are denied.

Dated this 4th day of March, 2021.

BY THE COURT:

*[signature: John M. Gerrard]*

John M. Gerrard
Chief United States District Judge